

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2019

No. 04-19-00327-CV

**PLAINSCAPITAL BANK** and Albert Chapa,
Appellant's

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellants filed an agreed motion to abate this appeal on September 3, 2019, stating that the parties have entered a settlement agreement and wish to abate the appeal to facilitate the effectuation of the settlement agreement. Appellants request abatement for 120 days or until appellants move to dismiss the appeal or reinstate the case. It is therefore ORDERED that this appeal is ABATED for a period of 120 days from the date of this order unless reinstated at an earlier date by an order of this court. All appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court